UNITED STATES DISTRICT COURT FOR THE<br>
EASTERN DISTRICT OF ARKANSAS<br>
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

VS.                         CASE NO. 4:16-cv00878-BSM

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                                    DEFENDANT

<b><u>MOTION FOR MARTIAL SERVICE AND NOTICE OF FIRST PAYMENT</u></b>

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following Motion for Service of Process via the U.S. Martial's Service.

1. Before we get to the motion itself, I would like to put it on record that, enclosed in the same envelope is a check for $20.00, as ordered by Doc. 4.

2. With that out of the way, I ask that the Court order the U.S. Marshal Service to execute service of process on the Defendants at taxpayer's expense.

3. This relief is required, since I am proceeding *in forma pauperis*. See Fed.R.Civ.P. 4(c)(3) ("The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915").

4. The State of Arkansas can be served through its Attorney General, who has the following name and office address:

Leslie Rutledge<br>
323 Center Street, Suite 200<br>
Little Rock, Arkansas 72201

5. The Boone County Circuit Clerk can be served through its leader, Rhonda Watkins, at the following business address:

Boone County Circuit Clerk's Office<br>
100 North Main, Ste 203<br>
Harrison, AR 72601

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2017

JAMES W. McCORMACK, CLERK
By: _____
            DEP CLERK

6.      So requested on this, the 7th day of January, 2016.

*[signature: David Stebbins]*

David Stebbins
123 W. Ridge St.,
ATP D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com