(Post. 3/12/14)

## U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A Stebbins | 4:16-cv-00878-BSM |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Arkansas, State of, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arkansas, State of c/o, Arkansas Attorney General

**AT** ADDRESS Street or RFD, Apartment No., City, State and ZIP Code)
323 Center Street, Ste. 200    Little Rock, AR  72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David A Stebbins
123 W Ridge St. Apt. D
Harrison, AR 72601

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):
Fold

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2017

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

2017 JAN 17 PM 3:25 Received
U.S. Marshal Eastern Arkansas

Signature of Attorney or other Originator requesting service on behalf of:
/s/ K. Rochelle

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
1/13/2017

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy of Clerk D. Chappell | Date 1-18-17 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | | | 8.00 | |

REMARKS:

unexecuted 1-24-17

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)



# THE ATTORNEY GENERAL
## STATE OF ARKANSAS
## LESLIE RUTLEDGE

Christine A. Cryer
Senior Assistant Attorney General

Direct dial: (501) 683-0958
Facsimile: (501) 682-2591
E-mail: christine.cryer@arkansasag.gov

January 24, 2017

United States Marshall Service
600 West Capitol, Suite A328
Little Rock, Arkansas 72201

2017 JAN 26 AM 11:48
U.S. Marshal
Eastern Arkansas
Received

Re:  *David Stebbins v. State of Arkansas, et al.*
     USDC Case No. 4:16CV878-BSM

Dear Sir or Madame:

This office received today a copy of summons and complaint in the above-referenced action. It appears that you may have forwarded this material to us in an effort to obtain service of process upon the State of Arkansas. We are returning your original documents to you with this letter.

The Office of Attorney General is not the agent for service of process upon the State of Arkansas and is not authorized to accept service on its behalf. If you wish to initiate a lawsuit against the State of Arkansas, you will have to obtain service of process as provided in the Arkansas Rules of Civil Procedure by serving the Office of the Governor.

Sincerely,

Christine A. Cryer
Senior Assistant Attorney General

CAC/jkh
Enclosure

ATTORNEY GENERAL OF ARKANSAS
Leslie Rutledge
323 Center Street, Suite 200
Little Rock, Arkansas 72201



US POSTAGE >> PITNEY BOWES
ZIP 72201 $ 000.46⁰
02 4W
0000341874 JAN 24 2017

United States Marshall Service
600 West Capitol, Suite A328
Little Rock, Arkansas 72201

72201$3325 C041

CIVIL

**2. Article Number**

9414 7266 9904 2080 1332 39

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** *(Extra Fee)* ☐ Yes

**1. Article Addressed to:**

State of Arkansas
Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

**COMPLETE THIS SECTION ON DELIVERY**

**A. Received by (Please Print Clearly)**    **B. Date of Delivery**

Rahn — Wife

**C. Signature**

X    ☐ Agent
     ☐ Addressee

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below:                ☐ No

**Reference Information**

4:16CV00878

PS Form 3811, January 2005    Domestic Return Receipt