**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**DAVID A. STEBBINS**                                                                      **PLAINTIFF**

**VS.**                                        **NO.  4:16-cv-00878- BSM**

**STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK**                                            **DEFENDANTS**

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case for

counsel for the Boone County Defendant Rhonda Watkins.

Date:   February 6, 2017

Respectfully submitted,

BOONE COUNTY CIRCUIT CLERK Rhonda
Watkins,
*Separate Boone County Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:      _____/s/ Jason E. Owens_____
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David A. Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

      /s/   Jason E. Owens
Attorney for Defendant
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas  72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com