# U.S. District Court
## Eastern District of Arkansas (Little Rock)
## CIVIL DOCKET FOR CASE #: 4:16–cv–00878–BSM

Stebbins v. Arkansas, State of et al

Assigned to: Chief Judge Brian S. Miller

Cause: 42:1983 Other Civil Rights

Date Filed: 12/02/2016

Jury Demand: Both

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

Trial Date: 02/26/2018

**Plaintiff**

**David A Stebbins**

represented by **David A Stebbins**
123 W Ridge St. Apt. D
Harrison, AR 72601
870–204–6516
PRO SE

V.

**Defendant**

**Arkansas, State of**

**Defendant**

**Boone County Circuit Court**
*Clerk*

represented by **Jason E. Owens**
Rainwater, Holt & Sexton P.A.
Post Office Box 17250
Little Rock, AR 72222–7250
501–868–2500
Email: owens@rainfirm.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)

Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2016 | Ï 1 | MOTION for Leave to Proceed in forma pauperis by David A Stebbins. (kdr) (Entered: 12/02/2016) |
| 12/02/2016 | Ï 2 | COMPLAINT with Jury Demand against All Defendants, filed by David A Stebbins.(kdr) (Entered: 12/02/2016) |
| 12/02/2016 | Ï 3 | MOTION to Appoint Counsel and Brief by David A Stebbins. (kdr) (Entered: 12/02/2016) |
| 12/15/2016 | Ï 4 | ORDER granting 1 Plaintiff David A. Stebbins's motion to proceed in forma pauperis; assessing Stebbins an initial partial filing fee of $20; directing him to pay $20 every subsequent month until the entire $400 filing fee is satisfied; denying, without prejudice, 3 Stebbins's motion to appoint counsel; notifying plaintiff of Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas; and directing him to become familiar with, and follow, the Federal Rules of Civil Procedure as well as the Local Rules of this court. Signed by Chief Judge Brian S. Miller on 12/15/2016. (kdr) (Entered: 12/15/2016) |

| | | |
|---|---|---|
| 01/10/2017 | Ï 5 | MOTION for Martial Service and Notice of First Payment dated 12/19/2016 filed by David A Stebbins. (alm) (Entered: 01/10/2017) |
| 01/10/2017 | Ï 6 | MOTION for Martial Service and Notice of First Payment dated 01/07/2016 filed by David A Stebbins. (alm) (Entered: 01/10/2017) |
| 01/13/2017 | Ï 7 | ORDER granting 5 6 Plaintiff David A. Stebbins's motions for service; directing the clerk to prepare a summons for the State of Arkansas and the Boone County circuit clerk, and directing the USMS to serve the summons and 2 complaint on them without prepayment of fees and costs or security. Signed by Chief Judge Brian S. Miller on 1/13/2017. (kdr) (Entered: 01/13/2017) |
| 01/13/2017 | Ï | Summons Issued as to Arkansas, State of and Boone County Circuit Court. Forwarded to USMS for service. (kdr) (Entered: 01/13/2017) |
| 01/25/2017 | Ï 8 | SUMMONS Returned Executed. Boone County Circuit Court served on 1/20/2017. (scw) (Entered: 01/25/2017) |
| 02/02/2017 | Ï 9 | Summons Returned Unexecuted as to Arkansas, State of. (scw) (Entered: 02/02/2017) |
| 02/06/2017 | Ï 10 | NOTICE of Payment re 4 Order on Motion for Leave to Proceed in forma pauperis filed by David A Stebbins. (alm) (Entered: 02/06/2017) |
| 02/06/2017 | Ï 11 | MOTION and Brief for Waiver of Payment for March 2017 filed by David A Stebbins. (alm) (Entered: 02/06/2017) |
| 02/06/2017 | Ï 12 | NOTICE of Appearance by Jason E. Owens on behalf of Boone County Circuit Court (Owens, Jason) (Entered: 02/06/2017) |
| 02/06/2017 | Ï 13 | MOTION to Dismiss by Boone County Circuit Court (Owens, Jason) (Entered: 02/06/2017) |
| 02/06/2017 | Ï 14 | BRIEF IN SUPPORT re 13 Motion to Dismiss filed by Boone County Circuit Court. (Owens, Jason) (Entered: 02/06/2017) |
| 02/06/2017 | Ï 15 | ANSWER to 2 Complaint with Jury Demand by Boone County Circuit Court.(Owens, Jason) (Entered: 02/06/2017) |
| 02/07/2017 | Ï 16 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 11 motion for waiver of payment for March 2017. Plaintiff is directed to begin making payments again in April 2017. Signed by Chief Judge Brian S. Miller on 02/07/2017. (dlj) (Entered: 02/07/2017) |
| 02/08/2017 | Ï 17 | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 4/17/2017; Rule 26(f) Report due by 5/1/2017; Proposed Jury Trial is set for the week of 2/26/2018 at 9:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. Signed at the Direction of the Court on 2/08/2017. (plm) (Entered: 02/08/2017) |
| 02/21/2017 | Ï 18 | MOTION for Marshal Service by David A Stebbins (jap) (Entered: 02/21/2017) |
| 02/21/2017 | Ï 19 | RESPONSE to Motion re 13 MOTION to Dismiss by Boone County Circuit Clerk filed by David A Stebbins. (jap) (Entered: 02/21/2017) |
| 02/21/2017 | Ï 20 | MOTION and Incorporated Brief in Support Thereof for Sanctions by David A Stebbins (jap) (Entered: 02/21/2017) |
| 02/21/2017 | Ï 21 | MOTION for Summary Judgment by David A Stebbins (jap) (Entered: 02/21/2017) |
| 02/21/2017 | Ï 22 | STATEMENT Of Undisputed Facts In Support re 21 Motion for Summary Judgment filed by David A Stebbins. (jap) (Entered: 02/21/2017) |

| 02/21/2017 | 23 | BRIEF IN SUPPORT re 21 Motion for Summary Judgment filed by David A Stebbins. (jap) (Entered: 02/21/2017) |
|---|---|---|
| 02/27/2017 | 24 | ORDER directing the clerk to immediately transfer Stebbins's case file to the Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal Building, 35 East Mountain Street, Room 150, Fayetteville, Arkansas 72701–5354. Signed by Chief Judge Brian S. Miller on 2/27/2017. (kdr) (Entered: 02/27/2017) |