IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                      PLAINTIFF

VS.                                    NO. 3:17-CV-3016-TLB-MEF

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                                                            DEFENDANTS

**MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY
AND RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Comes now Separate Defendant Boone County, and for its Motion for Extension of Time to respond to the Plaintiff's Motion for Summary Judgment, do state the following:

1. The Plaintiff, David Stebbins, filed his Complaint in this case on December 2, 2016, asserting that his constitutional rights were violated when the Arkansas Court of Appeals temporarily remanded one of his other lawsuits to the Boone County Circuit Court. See Doc. # 1. Thereafter, Separate Defendant Boone County was served with process and filed her timely Answer to the Complaint on February 6, 2017 (along with a motion to dismiss). *See* Doc. ## 13-15.

2. On February 21, 2017, only 15 days after Defendant Boone County filed its Answer, the Plaintiff filed his Motion for Summary Judgment, with a brief and statement of facts in support. *See* Doc. ## 21-23. Notably, no scheduling order has even been issued by the Court at this point.

3. The Defendant respectfully contends that it is entitled to conduct discovery prior to facing any deadline to respond to the Plaintiff's motion for summary judgment. The Defendant therefore requests that the Court grant an extension of time to conduct discovery and, thereafter, to respond to the Plaintiff's motion for summary judgment and, potentially file a counter-motion.

4. Alternatively, in the event that the Court is disinclined to allow discovery by the Defendants prior to their response to the Plaintiff's motion for summary judgment, the Defendants would respectfully request a shorter extension of time in order to marshal the evidence at hand. Additionally, the Defendants would deny the assertions in the Plaintiff's motion, as pleaded, and would specifically cite the Court to the Defendant's motion to dismiss, which is adopted and

incorporated herein by reference, as if set forth word for word.

WHEREFORE, the Defendant respectfully requests an extension of time to conduct discovery and, thereafter, to respond to the Plaintiff's motion for summary judgment and, potentially, to file a counter-motion.

Respectfully submitted,

BOONE COUNTY CIRCUIT
CLERK Rhonda Watkins,
*Separate Boone County Defendant*

RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com

By:   /s/ Jason E. Owens
Michael R. Rainwater, #79234
Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2017, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David A. Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

/s/ Jason E. Owens
Attorney for Defendant
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
801 Technology Drive
Little Rock, Arkansas 72222-7250
Telephone (501) 868-2500
Telefax (501) 868-2505
email: owens@rainfirm.com