**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
35 E MOUNTAIN, ROOM 510
**FAYETTEVILLE, ARKANSAS 72701**

OFFICIAL BUSINESS

17-3016

David A. Stebbins
1407 N Spring Road #5
Harrison, AR 72601


02/28/2017
US POSTAGE $00.46
ZIP 72701
011D10634619

NIXIE        722  FE 1          0003/06/17
        RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 72701535335        *1255-03172-06-44