IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                   PLAINTIFF

v.                        CASE NO. 3:17-cv-3016 TLB-MEF

STATE OF ARKANSAS, ET AL                                                                   DEFENDANTS

MOTION FOR EXTENSION OF TIME TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT

The State of Arkansas ("the State") submits this Motion for Extension of Time to file an Answer or first Responsive Pleading:

1. Plaintiff filed this action, alleging a violation of his rights in connection with a Boone County Circuit Court case.

2. Separate State Defendant's Answer is due on April 10, 2017.

3. The undersigned counsel for the state is counsel of record in *McGehee v. Hutchinson*, a case involving significant and complex legal issues and has devoted substantial time to preparing for trial in this matter, which is scheduled for April 10, 2017 – April 12, 2017. The parties anticipate that the trial may go over into April 13, 2017.

4. Due to the amount of time the undersigned has dedicated to the *McGehee* matter and will need to dedicate to this litigation, the State Defendant needs more time to file an Answer or first responsive pleading in this matter, and request an additional 30 days to do so.

5.   Accordingly, Separate State Defendant requests up to an including May 10, 2017 to file an Answer or first responsive pleading.

WHEREFORE, the above premises considered, the State of respectfully requests that this Honorable Court grant an additional thirty days, including up to May 10, 2017 to file an Answer or first responsive pleading in this matter.

                              Respectfully submitted,

                              LESLIE RUTLEDGE
                              Attorney General

By:                 <u>/s/ Ka Tina ("Kat") R. Hodge</u>
                              Ka Tina R. Hodge
                              Ark Bar No. 2003100
                              Assistant Attorney General
                              Arkansas Attorney General's Office
                              323 Center Street, Suite 200
                              Little Rock, AR 72201
                              PH: (501) 682-1307
                              Fax: (501) 682-2591
                              Email: KaTina.Hodge@arkansasag.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2017, a copy of the foregoing has been filed via the CM/ECF notification system, which will send notice to all participants.

                              */s/ Ka Tina R. Hodge*
                              Ka Tina R. Hodge