IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                       **PLAINTIFF**

v.           **CASE NO. 3:17-cv-3016 TLB-MEF**

**STATE OF ARKANSAS**                                          **DEFENDANTS**

## NOTICE OF APPEARANCE

Assistant Attorney General Ka Tina R. Hodge, hereby requests the Clerk of the Court enter her appearance on behalf of Separate Defendant, State of Arkansas and requests that all future service and correspondence be sent accordingly.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

                                             Respectfully submitted,

                                             LESLIE RUTLEDGE
                                             Attorney General

                     By:     /s/ KaTina R. Hodge
                                 Ka Tina R. Hodge
                                 Ark Bar No. 2003100
                                 Assistant Attorney General
                                 Arkansas Attorney General's Office
                                 323 Center Street, Suite 200
                                 Little Rock, AR 72201
                                 Phone: (501) 682-1307
                                 Fax:     (501) 682-2591
                                 Email: KaTina.Hodge@arkansasag.gov

                                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

   I, Katina Hodge, hereby certify that on April 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

   I, Katina Hodge, hereby certify that on April 7, 2017, I mailed the foregoing document by U.S. Postal Service to the following non-CM/ECF participant:

David A. Stebbins
123 West Ridge Street, Apt. D
Harrison, AR 72601

              <u>/s/ *KaTina Hodge*</u>
              Katina Hodge