IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                         PLAINTIFF

v.                          CASE NO. 3:17-cv-3016 TLB-MEF

STATE OF ARKANSAS, ET AL                                                            DEFENDANTS

SUPPLEMENT TO THE STATE'S
MOTION FOR EXTENSION OF TIME TO FILE
AN ANSWER TO PLAINTIFF'S COMPLAINT

The State of Arkansas ("the State") submits this Supplement to their Motion for Extension of Time to file an Answer or first Responsive Pleading:

1. Separate State Defendant's Answer is due on April 10, 2017.

2. On Friday, April; 7, 2017, the undersigned counsel filed a Motion for Extension of Time, informing the court that she is counsel of record in in *McGehee v. Hutchinson*, a case involving significant and complex legal issues, and has devoted substantial time to preparing for trial in this matter, which is scheduled for trial April 10, 2017 – April 12, 2017. The parties anticipate that the trial may go over into April 13, 2017.

3. Due to the amount of time the undersigned has dedicated to the *McGehee* matter and will need to dedicate to this litigation, the State Defendant needs more time to file an Answer or first responsive pleading in this matter, and request an additional 30 days to do so.

4. Plaintiff, Mr. Stebbins, contacted the court concerning the State's Motion. Thereafter, the undersigned attempted to confer with Mr. Stebbins on Friday and Saturday to determine his position on the motion. At the filing of this supplement, Mr. Stebbins had not responded to the State's request for conferral.

5. Accordingly, Separate State Defendant requests up to an including May 10, 2017 to file an Answer or first responsive pleading.

WHEREFORE, the above premises considered, the State of respectfully requests that this Honorable Court grant an additional thirty days, including up to May 10, 2017 to file an Answer or first responsive pleading in this matter.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:     /s/ Ka Tina ("Kat") R. Hodge
Ka Tina R. Hodge
Ark Bar No. 2003100
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
PH: (501) 682-1307
Fax: (501) 682-2591
Email: KaTina.Hodge@arkansasag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2017, a copy of the foregoing has been filed via the CM/ECF notification system, which will send notice to all participants.

I hereby certify that on this 9th day of April, 2017, I sent a copy of the foregoing to Plaintiff via electronic mail at: David Stebbins <stebbinsd@yahoo.com>

/s/ *Ka Tina R. Hodge*
Ka Tina R. Hodge