UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                        PLAINTIFF

VS.                          CASE NO. 3:17-cv-03016

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                      DEFENDANT

### MOTION AND INCORPORATED BRIEF IN SUPPORT THEREOF TO CONTINUE [27] SCHEDULING ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion and Incorporated Brief in Support Thereof to Continue the deadlines mentioned in the scheduling order (Doc. 27).

1. Currently, the parties are ordered to complete discovery by August 1, 2017. All other post-discovery deadlines (e.g. the deadline for dispositive motions, the trial date, etc.) are set at reasonable times after that deadline, but the August 1 deadline is patently unreasonable.

2. It is standard to allow parties an average of six (6) months to complete discovery. Discovery usually begins immediately after the 26(f) Report is filed. The previous court ordered the 26(f) Report to be filed on or before May 1, 2017 (see Doc. 17). This Court never issued an order that contradicts that deadline, and therefore, it is presumed to remain standing.

3. However, that would mean that the parties would only receive a total of three (3) months of discovery, at maximum. That is only half the time that is usually allotted.

4. Meanwhile, the State of Arkansas is requesting additional time to file their Answer ... a delay which will cut into my already short discovery time.

5. Furthermore, I am now filing an interlocutory appeal which will necessarily pause the proceedings in the District Court.

6.   Once the Court of Appeals issues its mandate back to the District Court (whether it be affirming or reversing the District Court's decision), I ask that this Court issue a new scheduling order, one that gives the parties a fair amount of time to conduct discovery on each other, and sets all post-discovery deadlines at appropriate lengths of time after the new discovery deadline.

So requested on this, the 10th day of April, 2017.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison AR, 72601
870-204-6516
stebbinsd@yahoo.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                      PLAINTIFF

VS.                      CASE NO. 3:17-cv-03016

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                          DEFENDANT

## CERTIFICATES OF SERVICE

Comes now, *pro se* Plaintiff David A. Stebbins, who hereby submits the following Certificate that the Boone County Circuit Clerk has been served with …

- Plaintiff's 26(a) Initial Disclosures
- Plaintiff's First Request for Admissions, and
- Plaintiff's First Request for Production of Documents

… on the 10th day of April, 2017. They now have until May 10, 2017 to reply to them.

So certified on this, the 10th day of April, 2017.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com




