UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

VS.                              CASE NO. 3:17-cv-03016

STATE OF ARKANSAS AND
BOONE COUNTY CIRCUIT CLERK                                                     DEFENDANT

## UNILATERAL 26(f) REPORT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Unilateral 26(f) Report in the above-styled action.

### Why unilateral?

I attempted to engage in a 26(f) Conference with Jason Owens. However, the defense attorney made it perfectly clear that he was not going to cooperate with my efforts to confer. Reading the Rules of Civil Procedure, it said that the parties were required to discuss "the nature and basis of the claims and defenses" before moving on to other things. Owens merely stated "the Motion to Dismiss and Answer" over and over again. I kept trying to advise him that this isn't enough, that he has to actually tell me the nature and basis of his claims and defenses for me, but he just kept referring to me to his written pleadings and absolutely refused to actually follow the rules.

Since he makes it clear that he has no intention of cooperating with me in making this case as smooth as possible, I am proceeding without him.

### Nature & Basis of Claims & Defenses

The nature and basis of the Plaintiff's claims is thus: The Defendants (both the State of Arkansas and the Boone County Circuit Clerk) retaliated against me in violation of Sec. 503 of the Americans with Disabilities Act when they purposefully caused an appeal to be delayed by

not supplementing the record as the Clerk was ordered until after she was sued. Her purposeful refusal to supplement the record was caused, at least in part, by my litigation history, which is majority civil rights and ADA claims. This refusal to supplement the record caused a total of 168 days worth of delay, and a cost of $4,430.96 for each day of delay.

From what I am able to gather (seeing as this is a unilateral report), the nature and basis of the Defendants' claims are ... none. They have *listed* several affirmative defenses during their Motion to Dismiss and their Answer to Complaint, but have provided absolutely no details whatsoever to support those defenses. Therefore, their defense amounts to nothing more than denying the *prima facie* elements of retaliation. Thus, if I can prove the *prima facie* elements of retaliation, I should be allowed to recover unopposed.

### Prospects for settlement

I think it is safe to assume that the Defendant has no intention of settling the case with me.

### 26(a) Initial disclosures

I am sending my 26(a) Initial Disclosures to the Defense Counsel at the same time this unilateral report is being filed. If the Defendants do not send theirs within two (2) weeks as required by Fed.R.Civ.P. 26(a), I will move for sanctions.

### Discovery Plan

1. I am filing a motion to extend the scheduling order. This should outline changes to the discovery deadlines.

    I am also filing a Motion for Sanctions to compel 26(a) Initial Disclosures.

2. I anticipate that discovery will be needed on all elements.

3. To my knowledge, all electronically stored information that might be relevant to this case

should already be kept in accordance with the State's record-keeping laws.

4. The Defendants have not raised any claims of privilege from discovery. Therefore, none are presumed to exist.

## CONCLUSION

Wherefore, premises considered, I respectfully request that the Defendants be held liable, costs incurred be awarded, and any other relief to which I may be entitled.

So notified on this, the 10th day of April, 2017.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com






**Click-N-Ship®**

usps.com $6.65 US POSTAGE Flat Rate Env
9405 8036 9930 0432 6250 79 0066 5000 0017 2701

04/11/2017  Mailed from 72601  0629S0000000309

**PRIORITY MAIL 2-DAY™**

DAVID A STEBBINS
8527 HOPEWELL RD
HARRISON AR 72601-8407

Expected Delivery Date: 04/13/17

0006

C005

SHIP TO:
U.S. DISTRICT COURT
35 E MOUNTAIN ST STE 510
FAYETTEVILLE AR 72701-5353

**USPS TRACKING #**

9405 8036 9930 0432 6250 79

Electronic Rate Approved #038555749