IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                      **PLAINTIFF**

V.                       Case No. 3:17-CV-03016

**STATE OF ARKANSAS and**
**BOONE COUNTY CIRCUIT COURT CLERK**                   **DEFENDANTS**

## JUDGMENT

For the reasons explained in the Memorandum Opinion and Order filed this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

**IT IS SO ORDERED** on this 14th day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1