UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                                                              PLAINTIFF

VS.                              CASE NO. 17-3016

STATE OF ARKANSAS                                                       DEFENDANT

### NOTICE OF INTERLOCUTORY APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice o Interlocutory Appeal.

1. Specifically, I wish to appeal the District Court's order denying my motion for appointment of counsel.

2. This is an immediately appealable order. See Slaughter v. City of Maplewood, 731 F. 2d 587, 582 (8th Cir. 1984) ("we have little hesitation in concluding that the district court's order denying Slaughter appointment of counsel is immediately appealable under Cohen's collateral order exception to the final judgment rule").

3. I am also attaching an application for leave to proceed *in forma pauperis*, so that I may proceed without paying fees.

So notified on this, the 10th day of April, 2017

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

P.S. This is a timely appeal because it's filed before April 17, 2017, which means it's less than 30 days after Judge Brooks issued his order (doc. 39) on March 17.

