IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID A. STEBBINS**                                                                                      **PLAINTIFF**

**V.**                            **Case No. 3:17-CV-03016**

**STATE OF ARKANSAS and**
**BOONE COUNTY CIRCUIT COURT CLERK**                                        **DEFENDANTS**

## ORDER

Now pending before the Court is Plaintiff David A. Stebbins' Motion for Leave to Appeal *in forma pauperis* ("IFP") (Doc. 52). The Order he seeks to appeal is one that was entered on March 8, 2017 (Doc. 33), by Magistrate Judge Mark E. Ford, that denied Mr. Stebbins' request for the appointment of counsel. Mr. Stebbins filed an Objection (Doc. 37) to the Magistrate Judge's Order, as permitted by Federal Rule of Civil Procedure 59(a), and the Court conducted a *de novo* review of the briefing on the underlying motion. After review, the Court issued an Order (Doc. 39) overruling Mr. Stebbins' Objection and affirming the Magistrate Judge's decision.

Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The Court therefore certifies that Mr. Stebbins' interlocutory appeal of the Order denying the Motion for Appointment of Counsel (Doc. 33) is not taken in good faith. The Order offered detailed and appropriate reasons as to why counsel should not be appointed at that time. The Motion for Leave to Appeal IFP (Doc. 52) is **DENIED**.

On Friday, April 14, 2017, the Court issued a Memorandum Opinion and Order (Doc. 49) and Judgment (Doc. 50), dismissing Mr. Stebbins' entire case *sua sponte*, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). In its final Order, the Court cited three,

independent bases for dismissing this case: (1) that Mr. Stebbins failed to state any claims of constitutional import; (2) that both named Defendants are immune from suit; and (3) that the case is devoid of legal merit and is frivolous. The Court therefore certifies that any attempt by Mr. Stebbins to appeal the Court's final Order (Doc. 49) and Judgment (Doc. 50) would not be taken in good faith, for the reasons explained herein, and the Court will deny any later-filed motion for leave to appeal IFP by reference to the instant Order.

Mr. Stebbins may renew his motion with the Court of Appeals for the Eighth Circuit. See Fed. R. App. P. 24(a)(5).

**IT IS SO ORDERED** on this 18th day of April, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE