U.S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  HARRISON  DIVISION

## 17-3016  DAVID A. STEBBINS  vs.  STATE OF ARKANSAS et al.

Length of Trial:        **NONE**

| | | | |
|---|---|---|---|
| Financial Status: | Fee Paid? | Yes | No **XX** |
| | If NO, has IFP been granted? | Yes | No **XX - DENIED** |
| | Is there a pending motion for IFP? | Yes | No **XX** |
| Are there any other post-judgment motions? | | Yes | No **XX** |

Please identify the court reporter.

If no court reporter, please check  **XXXXX**

Name
Address

Telephone Number

**CRIMINAL CASES ONLY:**
Is the defendant incarcerated?                              Yes   No
Place of confinement, if known:

Please list all other defendants in this case, if there were multiple defendants.

SPECIAL COMMENTS: