US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
APR 20 2017
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                    PLAINTIFF

VS.                                    CASE NO. 17-3016

BOONE COUNTY CIRCUIT CLERK,                                DEFENDANTS
STATE OF ARKANSAS

## MOTION FOR RECONSIDERATION AND TO RECUSE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Reconsideration of the Court's order sua sponte dismissing the complaint.

1. First, Judge Brooks issued the order of dismissal out of pure spite towards me. Thus, even if he made the quote-unquote "right" decision, he still violated my right to an impartial judge. See Tumey v. Ohio, 273 US 510, 535 (1927) ("No matter what the evidence was against him, he had the right to have an impartial judge"). See also Vasquez v. Hillery, 474 US 254, 263 (1986) (holding that judicial bias mandates automatic reversal, without regard to the harmless error standard).

2. Second, Judge Brooks issued the order of dismissal out of pure spite towards me. Thus, even if he made the quote-unquote "right" decision, he still violated my right to an impartial judge. See Tumey v. Ohio, 273 US 510, 535 (1927) ("No matter what the evidence was against him, he had the right to have an impartial judge"). See also Vasquez v. Hillery, 474 US 254, 263 (1986) (holding that judicial bias mandates automatic reversal, without regard to the harmless error standard).

3. Third, the Defendants are not immune from suit. That immunity has been abrogated by the Americans with Disabilities Act, and Clerks no longer have judicial immunity.

4. Fourth, Judge Brooks issued the order of dismissal out of pure spite towards me. Thus,

even if he made the quote-unquote "right" decision, he still violated my right to an impartial judge. See Tumey v. Ohio, 273 US 510, 535 (1927) ("No matter what the evidence was against him, he had the right to have an impartial judge"). See also Vasquez v. Hillery, 474 US 254, 263 (1986) (holding that judicial bias mandates automatic reversal, without regard to the harmless error standard).

5.   Fifth, the Judge had no authority to sit in review of Judge Miller's decision to grant me leave to proceed in forma pauperis, which necessarily carried with it the prerequisite finding that my complaint was nonfrivolous. It's called "res judicata," and it's been the law of the land for centuries.

6.   Sixth, Judge Brooks issued the order of dismissal out of pure spite towards me. Thus, even if he made the quote-unquote "right" decision, he still violated my right to an impartial judge. See Tumey v. Ohio, 273 US 510, 535 (1927) ("No matter what the evidence was against him, he had the right to have an impartial judge"). See also Vasquez v. Hillery, 474 US 254, 263 (1986) (holding that judicial bias mandates automatic reversal, without regard to the harmless error standard).

7.   Seventh, the Court has clearly misinterpreted my complaint when it decided (with bias, to boot) that I was merely attempting to hold someone else liable for my own mistakes. I was attempting to hold someone else liable for *their* mistakes, and that was made clear when I asked for the damages to begin piling on September 7, 2016.

8.   Judge Brooks issued the order of dismissal out of pure spite towards me. Thus, even if he made the quote-unquote "right" decision, he still violated my right to an impartial judge. See Tumey v. Ohio, 273 US 510, 535 (1927) ("No matter what the evidence was against him, he had the right to have an impartial judge"). See also Vasquez v. Hillery, 474 US 254, 263 (1986)

(holding that judicial bias mandates automatic reversal, without regard to the harmless error standard).

9. A Brief in Support of this Motion is also being filed. The contents therein are hereby incorporated by reference.

10. Wherefore premises considered, I respectfully request that the order dismissing the case be vacated, and the case reopened.

So requested on this, the 19th day of April, 2017.

*/s/ David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601



U.S. District Court
35 East Mountain Street
Room 510
Fayetteville, Arkansas 72701