## United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 28, 2017

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR  72601

RE:  17-1920  David Stebbins v. Arkansas, State of, et al

Dear Mr. Stebbins:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

Upon resolution of the filing fees, this matter will be referred to the court.  The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:    Ms. Ka Tina R. Hodge
       Mr. Jason E Owens
       Mr. Douglas F. Young

District Court/Agency Case Number(s):   3:17-cv-03016-TLB

**Caption For Case Number: 17-1920**

David A. Stebbins

    Plaintiff - Appellant

v.

Arkansas, State of; Boone County Circuit Court, Clerk

    Defendants - Appellees

**Addresses For Case Participants:   17-1920**

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR  72601

Ms. Ka Tina R. Hodge
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jason E Owens
RAINWATER & HOLT
801 Technology Drive
P.O. Box 17250
Little Rock, AR  72222-7250

Mr. Douglas F. Young
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

17-1920  David Stebbins v. Arkansas, State of, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/28/2017

**Case Name:**   David Stebbins v. Arkansas, State of, et al
**Case Number:**  17-1920

**Docket Text:**
Civil case docketed. [4530454] [17-1920]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Mr. David A. Stebbins
Apartment D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Ms. Ka Tina R. Hodge: katina.hodge@arkansasag.gov,
agcivil@arkansasag.gov,toni.hamp@arkansasag.gov
Mr. Jason E Owens: owens@rainfirm.com,
sandi@rainfirm.com,fonda@rainfirm.com,miranda@rainfirm.com
Mr. David A. Stebbins: stebbinsd@yahoo.com
Mr. Douglas F. Young: