# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1920

David A. Stebbins

Appellant

v.

Arkansas, State of and Boone County Circuit Court, Clerk

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03016-TLB)

___

**MANDATE**

In accordance with the judgment of 10/03/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 25, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit