# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-1920
_____

David A. Stebbins

Plaintiff - Appellant

v.

Arkansas, State of; Boone County Circuit Court, Clerk

Defendants - Appellees
_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03016-TLB)
_____

**JUDGMENT**

Before LOKEN, BOWMAN and KELLY, Circuit Judges.

    Appellant's motion for leave to proceed in forma pauperis is granted. All other pending motions are denied.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 03, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans